```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  PAMELA C. HAMANAKA
    Senior Assistant Attorney General
 4  KEITH H. BORJON
    Supervising Deputy Attorney General
 5  XIOMARA COSTELLO, State Bar No. 187691
    Deputy Attorney General
 6    300 South Spring Street, Suite 1702
      Los Angeles, CA  90013
 7    Telephone: (213) 897-2277
      Fax: (213) 897-6496
 8    Email: DocketingLAAWT@doj.ca.gov

 9  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS DUANE WEBB,**<br><br>                              Petitioner,<br><br>         v.<br><br>**ROBERT L. AYERS, JR., Warden,**<br><br>                              Respondent. | CV 97-956-VAP<br><br>**DEATH PENALTY CASE**<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent is granted to and including July 1, 2008, to file an Answer to the First Amended Petition. Petitioner's Traverse is due by August 15, 2008.

Presented by: /s/ Xiomara Costello

    XIOMARA COSTELLO
    Deputy Attorney General

Dated: June 16, 2008

                     /s/ Virginia A. Phillips
                     The Honorable Virginia A. Phillips
                     United States District Court Judge